IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT JOHNSON,

    Plaintiff,                                      No. CIV S-10-2839 FCD KJM PS

    vs.

WACHOVIA BANK FSB, et al.,

    Defendants.                              ORDER

_____/

        This action was originally filed in the United States District Court, Northern District of California. By order filed October 19, 2010, the action was transferred to the Eastern District of California. Plaintiff initially filed the complaint in propria persona. On July 19, 2010, plaintiff filed a document indicating that he had retained counsel. On September 2, 2010, the court deemed plaintiff to be proceeding pro se because counsel had never appeared in the action on plaintiff's behalf. However, on October 18, 2010, one day before the action was transferred to this district, counsel, appearing on behalf of plaintiff, filed a motion. Accordingly, the court deems plaintiff to be proceeding with counsel.

        This matter was initially referred to the undersigned for pretrial management because the docket indicated plaintiff was proceeding pro se. Because plaintiff is in fact represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Roxanne Mosley, Esq., of the Law Office of Roxanne Mosley, 449 15th Street, 201-e, Oakland, California 94612, shall serve as the attorney of record for plaintiff. Counsel's telephone number is (916) 203-0574; electronic address is roxymosley@yahoo.com.

2. This matter is referred back to the District Judge assigned to this action.

3. All dates pending before the undersigned are vacated.

4. Henceforth the caption on documents filed in this action shall be CIV S-10-2839 FCD KJM.

DATED: October 25, 2010.

_____
U.S. MAGISTRATE JUDGE

006
brown.ref