1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  LAMONT JOHNSON,
12              Plaintiff,
13       v.
14
    WACHOVIA BANK FSB, et al.,
15
                Defendants.
16

NO. 2:10-CV-2839 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE
RE SANCTIONS</u>

17                         ----oo0oo----

18

19       1.   The hearing on Defendant Regional Trustee Services,
20  Corporation's Motion to Dismiss (Docket No. 22) is continued to
21  January 28, 2011, at 10:00 a.m.  Plaintiff shall file and serve
22  his opposition brief or notice of non-opposition no later than
23  January 14, 2011.  The defendant may file and serve a reply on or
24  before January 21, 2011.
25       2.   Plaintiff's counsel is ordered to show cause why she
26  should not be sanctioned in the amount of $150.00 for failing to
27  file an opposition or notice of non-opposition to defendant's
28  motion in compliance with Local Rule 230(c).

1      3.   Plaintiff's counsel shall file her response to the
2  order to show cause on or before January 14, 2011.
3      4.   A hearing on the order to show cause, if necessary,
4  will follow the hearing on the motion.
5      IT IS SO ORDERED.
6  DATED: November 22, 2010

                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE