IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT JOHNSON,<br><br>   Plaintiff,<br><br>  v.<br><br>WACHOVIA BANK FSB; WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; WELLS FARGO CENTRAL BANK; ETS SERVICES, LLC; ND EX WEST, LLC, and DOES 1 through 10,<br><br>   Defendants.[1]<br>_____ | 2:10-cv-2839-GEB-CKD<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

   The September 1, 2011, Minute Order scheduled a status (pretrial scheduling) conference in this case on October 17, 2011, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

   Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 21, 2011, why sanctions should not be imposed against him and/or his counsel under

---

  [1] The caption has been amended according to Plaintiff's voluntary dismissal of Defendant Regional Trustee Services Corporation. (ECF Nos. 31, 33.)

1

1 Rule 16(f) of the Federal Rules of Civil Procedure for failure to file
2 a timely status report. The written response shall also state whether
3 Plaintiff or his counsel is at fault, and whether a hearing is requested
4 on the OSC.[2] If a hearing is requested, it will be held on November 28,
5 2011, at 9:00 a.m., just prior to the status conference, which is
6 rescheduled to that date and time. A joint status report shall be filed
7 no later than fourteen (14) days prior to the status conference.[3]

8 Further, Plaintiff is notified under Rule 4(m) of the Federal
9 Rules of Civil Procedure that any defendant not served with process
10 within the 120 day period prescribed in that Rule may be dismissed as a
11 defendant. To avoid dismissal, Plaintiff shall file proof of service
12 and/or explain in a filing "good cause for the failure" to serve within
13 Rule 4(m)'s prescribed period no later than 4:00 p.m. on October 21,
14 2011.

15 IT IS SO ORDERED.

16 Dated: October 6, 2011

18 _____
GARLAND E. BURRELL, JR.
19 United States District Judge

---

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

[3] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2