IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT JOHNSON,<br>　　　　　Plaintiff,<br>　　v.<br>WACHOVIA BANK FSB; WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; WELLS FARGO CENTRAL BANK; ETS SERVICES, LLC; ND EX WEST, LLC, and DOES 1 through 10,<br>　　　　　Defendants. | 2:10-cv-2839-GEB-CKD<br><br>ORDER |

　　　　On October 21, 2011 Plaintiff filed a "Proposed Substitution of Attorney" stating: he "is forced to enter this case" since his attorney has not contacted him and he "believes his Attorney has abandoned his case." (ECF No. 39.) Plaintiff's request to represent himself is GRANTED. The following shall be listed as Plaintiff's address for service and his contact information:

　　　　2001 Club Center Drive

　　　　Box #8122

　　　　Sacramento, CA 95825

　　　　916-849-3293

1

1         Further, since Plaintiff is proceeding in *pro per,* this case
2    is referred to the assigned magistrate judge under Local Rule
3    302(c)(21). The pending Status (Pretrial Scheduling) Conference set for
4    November 28, 2011 is vacated.

Dated:  October 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge