IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMONT JOHNSON,

    Plaintiff,                                        No. CIV S-10-2839 GEB CKD PS

    vs.

WACHOVIA BANK FSB, et al.,          <u>ORDER TO SHOW CAUSE</u>

    Defendants.

_____/

        Plaintiff is proceeding in this action pro se. A status conference is scheduled for April 4, 2012 before the undersigned. In the order setting status conference, plaintiff was directed to file a status report no later than fourteen days prior to the status conference. That time has now passed and plaintiff has not filed a status report.

        Also in the order setting status conference, plaintiff was cautioned that this action may be dismissed if service of process was not accomplished within 120 days from the date the complaint was filed. This action was filed May 11, 2010. Although plaintiff was at one time represented by counsel in this action, plaintiff, proceeding pro se, was advised in the November 2, 2011 order setting status conference of the requirement of timely service of process. There is no evidence in the court file that defendants have been timely served or that plaintiff has made any attempt to serve defendants.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference set for April 4, 2012 is vacated; and

2. No later than April 6, 2012, plaintiff shall show cause in writing why this action should not be dismissed for failure to comply with the court's orders and for failure to timely serve process.

Dated: March 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-wachovia.osc