1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LAMONT JOHNSON,

11            Plaintiff,                    No. 2:10-cv-2839 GEB CKD PS

12        vs.

13
     WELLS FARGO BANK, N.A.                 ORDER
14
             Defendant.
15   _____/

16            Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to

17   Local Rule 302(c)(21).  Defendant's motion to dismiss is presently noticed for hearing on the

18   August 8, 2012 law and motion calendar of the undersigned.  Opposition to a motion, or a

19   statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing

20   date.  E.D. Cal. L. R. 230(c).  On July 23, 2012, plaintiff filed a document which he characterized

21   as an "answer" to the motion to dismiss.  It appears plaintiff is seeking an extension of time to

22   file an amended complaint.  The document belatedly filed by plaintiff in response to the motion

23   to dismiss does not address the specific points raised by defendant in the moving papers.  The

24   court will therefore continue the hearing and afford plaintiff an opportunity to file a proper

25   opposition.  If plaintiff contends that the pleading deficiencies raised by defendant can be cured

26   by amendment of the complaint, the opposition should include a proposed amended complaint.

1

1    Plaintiff is advised that failure to comply with the Local Rules "may be grounds

2 for imposition by the Court of any and all sanctions authorized by statute or Rule or within the

3 inherent power of the Court."  E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th

4 Cir. 1995).  Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral

5 arguments if written opposition to the motion has not been timely filed."  E.D. Cal. L. R. 230(c).

6 Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed

7 in their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d

8 1362, 1364-65 (9th Cir. 1986).  The Local Rules specifically provide that cases of persons

9 appearing in propria persona who fail to comply with the Federal and Local Rules are subject to

10 dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

11    Good cause appearing, IT IS HEREBY ORDERED that:

12    1.  The hearing date of August 8, 2012 is vacated.  Hearing on defendant's motion

13 is continued to September 12, 2012 at 10:00 a.m. in courtroom no. 26.

14    2.  Plaintiff is directed to file opposition, if any, to the motion, or a statement of

15 non-opposition thereto, no later than August 22, 2012.  Failure to file opposition and appear at

16 hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition,

17 and shall result in a recommendation that this action be dismissed.

18    3.  Reply, if any, shall be filed no later than August 29, 2012.

19 Dated: July 24, 2012

20

21    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

22

23    4

24 johnson-wellsfargo2839.nop.con

25

26